1  LAW OFFICE OF MARK E. MERIN
   Mark E. Merin, SBN 043849
2  Jeffrey I. Schwarzschild, SBN 192086
   2001 P Street, Suite 100
3  Sacramento, California  95814
   Telephone:  (916) 443-6911
4  Facsimile:  (916) 447-8336
   E-Mail: mark@markmerin.com
5
6  Attorneys for Plaintiff

7                              —o0o—

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                             —o0o—

11 | ELIZABETH OSGOOD,                                | CASE NO.   S 05-1206 LKK PAN
12 |                                                  |
13 |        Plaintiff,                                | **STIPULATION AND ORDER FOR**
   |                                                  | **DISMISSAL WITH PREJUDICE**
14 | v.                                               | **PURSUANT TO FRCP 41 (a)(2)**
15 | SACRAMENTO COUNTY; SHERIFF LOU                   |
   | BLANAS, individually and in his official         |
16 | capacity as Sheriff of the County of             | **COMPLAINT FILED**:    June 16, 2005
   | Sacramento; CITY OF SACRAMENTO;                  | **TRIAL DATE**:         May 8, 2007
17 | SACRAMENTO CITY POLICE                           |
   | DEPARTMENT CHIEF ALBERT NAJERA,                  |
18 | individually and in his official capacity as     |
   | Police Chief of the City of Sacramento; and      |
19 | DOES 1 through 100,                              |
20 |        Defendants.                               |

21   **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff

22 ELIZABETH OSGOOD and Defendants SACRAMENTO COUNTY, SHERIFF LOU

23 BLANAS, CITY OF SACRAMENTO and SACRAMENTO CITY POLICE

24 DEPARTMENT CHIEF ALBERT NAJERA, by and through their undersigned counsel,

25 that any and all claims against Defendants SACRAMENTO COUNTY, SHERIFF LOU

26 BLANAS, CITY OF SACRAMENTO and SACRAMENTO CITY POLICE

27 DEPARTMENT CHIEF ALBERT NAJERA be dismissed with prejudice pursuant to

28 Rule 41(a)(2) of the Federal Rules of Civil Procedure.

1  DATED: September 20, 2006          Respectfully submitted,

2                                     LAW OFFICE OF MARK E. MERIN

3

4                                     _____
                                      Mark E. Merin
5                                     Attorney for Plaintiff

6  DATED: September 20, 2006          Respectfully submitted,

7                                     EILEEN M. TEICHERT, CITY ATTORNEY
                                      CITY OF SACRAMENTO
8

9                                     _____
10                                    ANGELA M. CASAGRANDA
                                      Sr. Deputy City Attorney
11                                    Attorneys for Defendants
                                      CITY OF SACRAMENTO and
12                                    CHIEF OF POLICE ALBERT NAJERA

13 DATED: September 20, 2006          Respectfully submitted,

14                                    PORTER, SCOTT, WEIBERG & DELEHANT

15

16                                    _____
                                      JOHN R. WHITEFLEET, Esq.
17                                    Attorneys for Defendants
                                      COUNTY OF SACRAMENTO and
18                                    SHERIFF LOU BLANAS

19 S:\WpWork\Pretrial - GMO Conference\Osgood, Elizabeth\Pleadings\Stip & Order for Dismissal.wpd

20

...

ELIZABETH OSGOOD V SACRAMENTO COUNTY, et al.                        USDC, EASTERN DISTRICT, CASE NO., CIV S-05-1206 LKK PAN
          STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: September 20, 2006 | Respectfully submitted, |
| 2 | | LAW OFFICE OF MARK E. MERIN |
| 3 | | |
| 4 | | _____ |
| 5 | | Mark E. Merin<br>Attorney for Plaintiff |
| 6 | DATED: September 20, 2006 | Respectfully submitted, |
| 7 | | EILEEN M. TEICHERT, CITY ATTORNEY<br>CITY OF SACRAMENTO |
| 8 | | |
| 9 | | _____ |
| 10 | | ANGELA M. CASAGRANDA<br>Sr. Deputy City Attorney |
| 11 | | Attorneys for Defendants<br>CITY OF SACRAMENTO and |
| 12 | | CHIEF OF POLICE ALBERT NAJERA |
| 13 | DATED: September 20, 2006 | Respectfully submitted, |
| 14 | | PORTER, SCOTT, WEIBERG & DELEHANT |
| 15 | | |
| 16 | | _____<br>JOHN R. WHITEFLEET, Esq. |
| 17 | | Attorneys for Defendants<br>COUNTY OF SACRAMENTO and |
| 18 | | SHERIFF LOU BLANAS |

S:\WpWork\Protestors - GbIO Conference\Osgood, Elizabeth\Pleadings\Stip & Order for Dismissal.wpd

ELIZABETH OSGOOD v SACRAMENTO COUNTY, et al.
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
USDC, Eastern District, Case No. CIV S-05-1206 LKK PAN

1  **IT IS SO ORDERED.**

2  
3  DATED: October 30, 2006

4  
  LAWRENCE K. KARLTON
  SENIOR JUDGE
  UNITED STATES DISTRICT COURT

5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28